IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARZUQ AL-HAKIM,

    Plaintiff,
v.                                        CASE NO. 4:05-cv-00230-MP-EMT

KATHLEEN CARTER,
JAMES V CROSBY,
LOUIS A VARGAS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 30, an Order and Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's action be dismissed because Plaintiff has filed three previous lawsuits that were dismissed as frivolous. Doc. 30 also contains an order of the Magistrate Judge vacating the prior order granting in forma pauperis status. The plaintiff filed objections to the Report and Recommendation, doc. 32 and appealed the order contained in doc. 30. The Court agrees that Plaintiff is subject to the "three strikes" rule from 28 U.S.C. §1915(g). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Order of the Magistrate Judge, part of doc. 30, is affirmed.

3. This action is dismissed, and the clerk is directed to close the file.

**DONE AND ORDERED** this *21st* day of June, 2006

                                  *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge